IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **HP DISTRIBUTION, LLC and**<br>**TANNER CUNNINGHAM,**<br><br>                   **Petitioners,**<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br>Serve the U.S. Attorney for<br>the District of Kansas:<br>500 State Avenue, Suite 360<br>Kansas City, Kansas 66101<br><br>and serve:<br>**Eric Holder**<br>**Attorney General of the United States**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001**<br><br>and serve:<br>**Anthony Ingo**<br>**Revenue Officer**<br>**Internal Revenue Service**<br>**6717 Shawnee Mission Parkway**<br>**Suite 500**<br>**Overland Park, KS 66202**<br><br>                   **Respondent.** | Case No. _____ |

**PETITION TO QUASH SUMMONS**

      COME NOW the Petitioners, HP Distribution, LLC and Tanner Cunningham, by and through their counsel, Kurt S. Brack and Robert Rayburn, and Petition this Court for an Order quashing the Financial Records Summons issued by the Internal Revenue Service to Corefirst Bank & Trust and JP Morgan Chase Bank. In support thereof, petitioners state as follows:

      1.     On October 8, 2014, the Internal Revenue Service issued a Financial Records Summons directed to Corefirst Bank & Trust as well as JP Morgan Chase Bank for information on the accounts of HP Distribution, LLC and Tanner Cunningham. HP Distribution, LLC and Tanner Cunningham are the Petitioners in this matter.

2. The United States of America is the Respondent in this matter.

3. This Court has jurisdiction in this matter pursuant to the provisions of 26 U.S.C. § 7609(h). Petitioners are residents of the State of Kansas and Corefirst Bank & Trust and JP Morgan Chase Bank either reside in the State of Kansas or may be found in the State of Kansas.

4. A Financial Records Summons was issued to Corefirst Bank & Trust ("Corefirst") and the records requested are listed in the attached Summons (Exhibit 1).

5. A Financial Records Summons was issued to JP Morgan Chase Bank ("Chase") and the records requested are listed in the attached Summons (Exhibit 2).

6. The Summons are overly broad in that they seek records dating back to January 1, 2012 when the tax periods at issue are for the periods ending July 31, 2013, October 31, 2013, and March 31, 2014. See Attachment 1 to Summons Form 6639.

7. Further, petitioner Tanner Cunningham is not liable for any of the taxes alleged to be owed.

8. The Internal Revenue Service has provided no explanation as to why it is seeking documents and records for tax periods outside the tax periods at issue. Nor has it provided an explanation as to why it is seeking records of Tanner Cunningham.

WHEREFORE, for the foregoing reasons, petitioners pray for an Order Quashing the Financial Records Summons issued to Corefirst Bank & Trust and JP Morgan Chase Bank; and for such further relief as the Court deems just and equitable.

Respectfully Submitted:

HOLBROOK & BRACK,
A Division of MDP Services, LLC


By: /s/ Kurt S. Brack
   KURT S. BRACK #14797
Commerce Plaza II
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210
(913) 327-5275
Fax: (888) 685-2224
E-mail: kbrack@holbrookbrack.com

Robert J. Rayburn, III #17102
MDP Services, LLC
7400 W. 110th Street, Suite 600
Overland Park, KS 66210-2362
E-mail: robert@mdpservicesllc.com
*Attorneys for Petitioner*